**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:    Lisa M. Sgro | : Chapter 13 |
| Debtor(s) | : Bankruptcy No.17-12763-mdc |
| | : |
| | : 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
                            Movant
            vs.
Lisa M. Sgro
                          Debtor(s)
            and
William C. Miller, Esquire
                          Trustee
                       RESPONDENTS

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY FOLLOWING CERTIFICATION OF DEFAULT OF CONSENT ORDER/STIPULATION**

      AND NOW, this _____ day of _____, 20___, upon Motion of ("Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust") for relief and a Certification of Default having been filed in accordance with the Consent Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property: 2504 Selwyn Drive, Broomall, PA 19008 ("Property")

      It is further Ordered that in the event the Debtor(s) file another Bankruptcy Petition within 1 year from the date the instant case is dismissed or otherwise terminated then the Automatic Stay (under 11 USC 362(a) and/or 1301) shall only be effective for 30 days from the date of any such filing (within 1 year from the date the instant case is dismissed or otherwise terminated) and thereafter shall terminate without further order of Court as to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust unless specifically extended by Order of this Court.

      It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

                                                                     BY THE COURT:

                                                                     THE HONORABLE MAGDELINE D. COLEMAN
                                                                     United States Bankruptcy Judge

cc:

William C. Miller, Esquire

Chapter 13 Trustee

P.O. Box 1229

Philadelphia, PA 19105


Office of the U.S. Trustee

833 Chestnut Street

Suite 500

Philadelphia, PA 19107


Lawrence S. Rubin, Esquire

Lawrence S. Rubin, Atty.
337 West State Street
Media, PA 19063-2615


Sarah K. McCaffery, Esquire

Richard M. Squire & Associates, LLC

One Jenkintown Station

115 West Avenue, Suite 104

Jenkintown, PA 19046


Lisa M. Sgro

2504 Selwyn Drive

Broomall, PA 19008